Mary Elizabeth Conn SBN 224597
111 E. Locust #102
Angleton, Texas 77515
Telephone 979.864.1142
Attorney for Defendant JOSE ROMERO

*E-FILED - 10/3/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00593 DLJ |
| ) | CR 11-00597 DLJ |
| Plaintiff, ) | |
| v. ) | **STIPULATION CONTINUING** |
| ) | **DEFENDANT ROMERO'S SENTENCING** |
| JOSE ROMERO, ) | |
| Defendant. ) | |
| _____) | |

The defendant, JOSE ROMERO, represented by Mary Elizabeth Conn, Esq., and the government, represented by DANIEL KALEBA, Assistant United States Attorney, have a sentencing hearing scheduled before the Court on October 18, 2012 at 9 a.m.

Defense counsel has professional obligations that have recently arisen, out of state, make the sentencing on the date of October, 2012, unduly costly.

The Defendant is in custody, and is expected to be sentenced to BOP.

Therefore, the parties respectfully request that the Court continue the sentencing currently set to November 5, 2012 at 10 a.m. or before.

Neither the Government nor Probation has any objection to this continuance.

Dated: September 26, 2012                Respectfully Submitted,
                                         MARY E. CONN LAW OFFICES

                                         /S/
                                         _____
                                         Mary Elizabeth Conn, Esq.
                                         Attorney for Defendant
                                         JOSE ROMERO


                                         MELINDA HAAG
                                         United States Attorney

                                         /S/
                                         _____
                                         DANIEL KALEBA
                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00593 DLJ |
| | ) | CR 11-00597 DLJ |
| Plaintiff, | ) | |
| v. | ) | **[] ORDER** |
| | ) | **CONTINUING DEFENDANT** |
| JOSE ROMERO | ) | **ROMERO'S SENTENCING** |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to JOSE ROMERO is rescheduled to November 5, 2012, at 10:00 a.m.

DATED: 10/2/12

_____
THE HONORABLE D.L. Jensen
United States District Judge